

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-20-00580-CV

**IN RE** Raymond A. **BRUNI**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

Delivered and Filed: January 27, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

On December 1, 2020, relator filed a petition for a writ of mandamus. The court has considered relator's mandamus petition and determined relator is not entitled to the relief requested. Therefore, relator's mandamus petition is denied. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2019-CI-25943, styled *In the Matter of the Marriage of Alicia G. Bruni and Raymond A. Bruni*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.